CITY OF NEW ROCHELLE, Appellant, *v.* MORGAN H. SEACORD, Respondent, Impleaded with Others.

Submitted March 6, 1939; decided April 5, 1939.

*Lyle Evans Mahan* for motion.

*Aaron Simmons, Corporation Counsel (Murray C. Fuerst* of counsel), opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion, unless case is argued or submitted at next session of this court, in which event the motion is denied.